UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANDREW GARMON.

            Plaintiff,

vs.

TUFF TV MEDIA GROUP, LLC,
TUFF TV WORLDWIDE, INC.,
SEALS ENTERTAINMENT COMPANY, LLC,
and EMMETT LAMAR SEALS, III
            Defendants.

CIVIL ACTION FILE

1:15-CV-4394-ODE

## J U D G M E N T

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, for consideration of Plaintiff's Motion for Attorneys' Fees, and the court having **GRANTED** said motion, it is

**Ordered and adjudged** that Plaintiff recover from Defendants Tuff TV Media Group, LLC, Tuff TV Worldwide, Inc., Seals Entertainment Company LLC, and Emmett Lamar Seals, III, jointly and severally, reasonable attorneys' fees in the amount of $63,771.25, costs taxed to Defendants.

Dated at Atlanta, Georgia, this 26th day of June, 2017.

                                        JAMES N. HATTEN
                                        CLERK OF COURT

                              By:  s/Brittney Walker
                                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 26, 2017
James N. Hatten
Clerk of Court

By:  s/ Brittney Walker
       Deputy Clerk